IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                      No. 4:95CR00248 GH

EXCEL WARREN                                                                     DEFENDANT

# ORDER

On August 8th, defendant filed a pro se motion for early termination of supervised release in which he recounts his completion of his term of incarceration without incident as well as on supervised release including completion of the payment of his fine and maintaining negative drug screens. He states that, after inquiry to the Arkansas Department Licensing Department concerning the reissuing of his license as an insurance agent that expired while he was incarcerated, he has been informed that a license cannot be issued while he is on probation. Defendant asks that his supervised release be terminated so he may be able to be re-licensed in the insurance profession.

The government has not objected to this motion. In addition, the Probation Office has confirmed defendant's compliance with the conditions of supervised release and does not oppose his request for early release. Under these circumstances, the Court finds that the relief requested by defendant should be granted.

Accordingly, defendant's August 8th motion (#116) for early termination of supervised release is hereby granted.

IT IS SO ORDERED this 23rd day of August, 2006.

                                                              */s/ George Howard, Jr.*
                                               UNITED STATES DISTRICT JUDGE